Case 1:24-cv-05441-JSR    Document 23    Filed 12/17/24    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TRUSTEES OF THE NEW YORK HOTEL          :
TRADES COUNCIL AND HOTEL                :
ASSOCIATION OF NEW YORK CITY, INC.      :    Case No. 24-cv-05441 (JSR)
HEALTH BENEFITS FUND, PENSION FUND,     :
LEGAL FUND, SCHOLARSHIP FUND,           :    [PROPOSED] AMENDED
INDUSTRY TRAINING FUND and 401(K)       :    JUDGMENT
SAVINGS PLAN,                           :
                                        :
                          Petitioners,  :
      -against-                         :
                                        :
LUXURBAN HOTELS INC. d/b/a The Washington:
by LuxUrban,                            :
                                        :
                          Respondent.   :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

An Order of Honorable Jed S. Rakoff, United States District Judge, having been entered

on November 4, 2024 granting Petitioners' motion for summary judgment confirming the

arbitration awards against respondent LuxUrban Hotels Inc.; and directing the Clerk to enter

judgment and the Clerk having entered judgment on November 4, 2024; and petitioners having

moved to correct the judgment pursuant to Fed. R. Civ. P. Rule 60(a); it is

ORDERED and ADJUDGED that petitioners' motion is hereby granted and an amended

judgment is hereby entered in favor of petitioners Trustees of the New York Hotel Trades Council

and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, Legal Fund,

Scholarship Fund and Industry Training Fund awarding damages in the amount of $2,567,819.36,

plus pre-judgment interest from March 8, 2024 (date of award #2024-02F) in the amount of

$177,285.04, for a total of $2,745,104.40; and in favor of petitioner Trustees of the New York

Hotel Trades Council and Hotel Association of New York City, Inc. 401(k) Savings Plan awarding

damages in the amount of $19,029.03, plus pre-judgment interest from July 8, 2024 (date of award

#2024-15F) in the amount of $741.35, for a total of $19,770.38; and that petitioners shall have

execution therefor.

DATED:    12/18/24

_____
U.S.D.J.

4877-1514-8542, v. 3